EDNA LOUISE BRUMBAUGH
1199 IRVINE BLVD. #360
TUSTIN CALIFORNIA 92780
714 (369-1577
Plaintiff in Sui Juris

FILED
07 APR 25 PM 3:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDNA LOUISE BRUMBAUGH,        ) CASE NO. 07CV0632 JM RBB
                              )
        Plaintiff,            ) CIVIL RICO CLAIM
                              )
    vs.                       ) NOTICE OF: VOLUNTARY DISMISSAL
                              ) WITHOUT PREJUDICE
COMERICA BANK, Et al.,        )
                              )
        Defendants.           )

NOTICE TO COURT: Due to incorrect filing of the civil cover sheet as this case is not an original and the fact that Judge Jeffery Miller has refused to hear this case as of the last filing December 2006 and there is a conflict of interest, under these circumstances I must file this voluntary dismissal without prejudice to re-file.

The defendants have not been served as a summons has not been filed and it would be detrimental to my rights as Plaintiff to continue, as I have been violated and scared for life as stated in the amended complaint.

DATED: April 16, 2007,

Respectfully submitted,

_____
EDNA LOUISE BRUMBAUGH
Plaintiff in Sui Juris

/ / / /

IT IS SO ORDERED
DATED 4/25/07
_____
UNITED STATES DISTRICT JUDGE